1098

No. 97–7234. SPEAR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7236. REISENAUER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7237. ANTONIO-CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7242. WHEELER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7248. YOSSIF v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7258. EDWARDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7259. COLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7261. LLUIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7264. BOMSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7265. CROPP ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7266. SANCHEZ COX v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7267. CALTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–627. CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. v. WEAVER. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.